# United States District Court

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

PATRICIA ANN KING

_____
Defendant

**AMENDED**
ORDER SETTING CONDITIONS
OF RELEASE

Case Number: 1:10-CR-00249-AWI

FILED NOV 30 2010 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

(2) The defendant shall immediately advice the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. . **The defendant shall next appear at U.S. District Court, 2500 Tulare Street, __8th__ Floor, Courtroom __2__ before Judge __Ishii__ on __December 6, 2010__ at __9:00 am__ .**

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✔) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

COPY:   DEFENDANT   U.S. ATTORNEY   U.S. MARSHAL   &   

KING, Patricia Ann
Dkt. No. 10-0249-004
Amended



## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X) (6) The defendant is placed in the custody of:

Name of person or organization   Grace Manfredo

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _Grace Manfredo_
CUSTODIAN OR PROXY

(X) (7) The defendant shall:
( ) (a) maintain or actively seek employment, and provide proof thereof to the PSO, upon request.
( ) (b) maintain or commence an educational program.
(X) (c) **abide by the following restrictions on his personal associations, place of abode, or travel:**
**Reside at a residence approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to the Eastern District of CA, unless otherwise approved in advance by PSO.**
( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: unless in the presence of counsel or otherwise approved in advance by the PSO.
(X) (e) **report on a regular basis to the following agency:**
**Pretrial Services and comply with their rules and regulations.**
( ) (f) comply with the following curfew:
( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
(X) (h) **refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used.***
(X) (I) **participate in a program of medical or mental health treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO.**
( ) (j) executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:
(X) (k) **submit to the search of your person, property, residence, and vehicle by the Pretrial Services Officer, and any other law enforcement officer under the immediate and personal supervision of the Pretrial Services Officer, without a search warrant.**
(X) (l) **not enter any gambling establishment and you shall not participate in any gambling activities.**
(X) (m) **participate in the Better Choices Court program and comply with all the rules and regulations of the program. You shall remain in the program until released by a Pretrial Services Officer.**
(X) (n) **not be employed in a position providing tax advice or tax preparation.**
(X) (o) **obtain no passport during the pendency of this case.**
(X) (p) **submit to drug and/or alcohol testing as directed by the PSO.**
(X) (q) **report any prescriptions to the PSO within 48 hours of receipt.**
(X) (r) **report in person to the Pretrial Services Agency on the first working day following your release from custody.**

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)

AO 199C (Rev. 4/91) Advice of Penalties...     1:10 CR 249     Page 3 of 3 Pages

SMS 11/30/10

## Advice of Penalties and Sanctions

**TO THE DEFENDANT:**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
- (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
- (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years or both;
- (3) any other felony, you shall be fined not more than $250,000 or imprisoned for not more than two years, or both;
- (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____ Signature of Defendant

_____ Address

_____ Telephone

## Directions to United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: Nov. 30, 2010     _____
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES