1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   MICHELE L. THIELHORN
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

7

8                 IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,        )   CASE NO.:  1:10-cr-00249 AWI
11                                    )
                                      )   STIPULATION AND
12                    Plaintiff,      )   PROTECTIVE ORDER BETWEEN THE
                                      )   UNITED STATES AND DEFENDANT
13                                    )   PATRICIA ANN KING
               v.                     )
14                                    )
                                      )
15  ERIC RAY HERNANDEZ,               )
    MONICA MARIE HERNANDEZ, aka       )
16  Monica Marie Duarte,              )
    EVELYN BRIGGET SANCHEZ,           )
17  PATRICIA ANN KING, and            )
    DARLING ARLETTE MONTALVO,         )
18                                    )
                    Defendants.       )
19  _____ )

20

21      WHEREAS, the discovery in this case is voluminous and contains a

22  large amount of personal information including but not limited to

23  Social Security numbers, dates of birth, driver's license numbers,

24  bank account numbers, telephone numbers, and residential addresses

25  ("Protected Information"); and

26      WHEREAS, the parties desire to avoid both the necessity of large

27  scale redactions and the unauthorized disclosure or dissemination of

28  this information to anyone not a party to the court proceedings in

1    this matter;

2      The parties agree that entry of a stipulated protective order is

3    appropriate.

4      THEREFORE, defendant PATRICIA ANN KING, by and through her

5    counsel of record ("Defense Counsel"), and plaintiff the United

6    States of America, by and through its counsel of record, hereby agree

7    and stipulate as follows:

8      1.    This Court may enter protective orders pursuant to

9    Rule 16(d) of the Federal Rules of Criminal Procedure, and its

10    general supervisory authority.

11      2.    This Order pertains to all discovery provided to or made

12    available to Defense Counsel as part of the discovery in this case

13    (hereafter, collectively known as the "discovery").

14      3.    By signing this Stipulation and Protective Order, Defense

15    Counsel agrees not to share any documents that contain Protected

16    Information with anyone other than Defense Counsel and designated

17    defense investigators and support staff.  Defense Counsel

18    may permit the defendant to view unredacted documents in the

19    presence of her attorney, defense investigators and support staff.

20    The parties agree that Defense Counsel, defense investigators, and

21    support staff shall not allow the defendant to copy Protected

22    Information contained in the discovery.  The parties agree that

23    Defense Counsel, defense investigators, and support staff may provide

24    the defendant with copies of documents from which Protected

25    Information has been redacted.

26      4.    The discovery and information therein may be used only in

27    connection with the litigation of this case and for no other purpose.

28    The discovery is now and will forever remain the property of the

1  United States Government.  Defense Counsel will return the discovery

2  to the Government or certify that it has been shredded at the

3  conclusion of the case.

4       5.   Defense Counsel will store the discovery in a secure place

5  and will use reasonable care to ensure that it is not disclosed to

6  third persons in violation of this agreement.

7       6.   Defense Counsel shall be responsible for advising the

8  defendant, employees, other members of the defense team, and defense

9  witnesses of the contents of this Stipulation and Order.

10      7.   In the event that the defendant substitutes counsel,

11 undersigned Defense Counsel agrees to withhold discovery from new

12 counsel unless and until substituted counsel agrees also to be bound

13 by this Order or the Court modifies this Order regarding such

14 transfer of discovery.

15      IT IS SO STIPULATED.

16 DATED:  Nov. 30, 2010          By:  /s/ Robert D. Wilkinson
                                       (as authorized on 11/29/10)
17                                     ROBERT D. WILKINSON
                                       BAKER, MANOCK & JENSEN
18                                     Attorneys for defendant
                                       PATRICIA ANN KING
19

20 DATED:  Nov. 30, 2010               BENJAMIN B. WAGNER
                                       United States Attorney
21
                                  By:  /s/ Kirk E. Sherriff
22                                     KIRK E. SHERRIFF
                                       Assistant U.S. Attorney
23

24                      **ORDER**

25 IT IS SO ORDERED.

26

27 Dated:     November 30, 2010       _____
                                  CHIEF UNITED STATES DISTRICT JUDGE
28