Robert D. Wilkinson           #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for  Defendant, PATRICIA ANN KING

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASES No. 1:10-CR-151-1 AWI |
| --- | --- |
| Plaintiff, | 1:10-CR-249-4 AWI |
| v. | STIPULATION TO CONTINUE HEARING ON PRETRIAL SERVICES VIOLATION PETITION AND ORDER |
| PATRICIA ANN KING, | |
| Defendant. | Date:    May 25, 2012<br>Time:    1:30 p.m.<br>Courtroom 9<br>Judge:   Hon. Dennis L. Beck |

WHEREAS by ex parte order the Court as set May 16, 2012 at 1:30 p.m. for a hearing on the Pretrial Services Violation Petition dated May 8, 2012, in the above referenced matters; and

WHEREAS, counsel for defendant Patricia Ann King in the two cases referenced above, in which she is represented respectively by Thomas V. Miles and Robert D. Wilkinson, are both unavailable on May 16, 2012 at 1:30 p.m.; and

WHEREAS counsel for plaintiff the United States in these matters, respectively Mark Cullers and Kirk Sherriff, the Pretrial Services Officer in these matters, Dan Stark, and both counsel for Ms. King are available on May 25, 2012, at 1:30 p.m.;

/ / /

1112392v2 / 10924.0035

1   The parties hereto, through authorized counsel, STIPULATE that the hearing on
2   the Pretrial Services Violation Petition, currently set for Wednesday, May 16, 2012, at 1:30 p.m.,
3   in Courtroom 9, may be continued to Friday, May 25, 2012 at 1:30 p.m., in Courtroom 9.

BENJAMIN B. WAGNER
United States Attorney

May 14, 2012   By:/s/ Mark Cullers (as authorized on 5/14/12)
MARK CULLERS, Assistant U.S. Attorney
in Case No. 1:10-CR-151-1 AWI

May 14, 2012   By:/s/ Kirk E. Sherriff  (as authorized on 5/14/12)
KIRK E. SHERRIFF, Assistant U.S. Attorney
in Case No. 1:10-CR-249-4 AWI

May 14, 2012   /s/ Thomas V. Miles
THOMAS V. MILES, Attorney for Defendant
Patricia Ann King in Case No. 1:10-CR-151-1 AWI

May 14, 2012   /s/ Robert D. Wilkinson
ROBERT D. WILKINSON, Attorney for Defendant
Patricia Ann King in Case No. 1:10-CR-249-4 AWI

**ORDER**

Good cause having been shown therefore upon the parties' stipulation above, IT IS HEREBY ORDERED that the hearing on the Pretrial Services Violation Petition set for Wednesday, May 16, 2012, at 1:30 p.m., in Courtroom 9, shall be continued to Friday, May 25, 2012 at 1:30 p.m., in Courtroom 9.

IT IS SO ORDERED.

Dated:   **May 14, 2012**            /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28